**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KRISTIAN ZAMBER, on behalf of** | § | |
| **himself and all others similarly situated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:20-cv-00114-O** |
| | § | |
| **AMERICAN AIRLINES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

The Court has granted American Airlines, Inc.'s Motion for Summary Judgment (ECF No. 516).  All matters now having been resolved, it is therefore **ORDERED ADJUDGED and DECREED** that Plaintiff Kristian Zamber's case be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **11th day** of **June, 2020**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**