UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
(FORT WORTH DIVISION)

CASE NO.: 4-20-cv-00114-O

KRISTIAN ZAMBER, on behalf of
himself and all others similarly situated,

        CLASS ACTION

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Kristian Zamber appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment [ECF No. 544] entered by the district court on June 11, 2020, and all orders merged into the Final Judgment, including but not limited to the Order [ECF No. 543] denying Plaintiff's motion to re-transfer, granting Defendant's motion for summary judgment, and denying as moot Plaintiff's motion for class certification entered by the district court on June 11, 2020, and the Order Reversing Magistrate Judge's Order Denying Transfer [ECF No. 474] entered by the district court on February 11, 2020.

Dated:  June 30, 2020

Respectfully submitted,

*/s/ Alec H. Schultz*
Scott B. Cosgrove
 Fla. Bar No. 161365
Alec H. Schultz
 Florida Bar No. 35022
John R. Byrne
 Fla. Bar No. 126294
Jeremy L. Kahn
 Fla. Bar No. 105277
LEÓN COSGROVE, LLP
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone:  305.740.1986
Facsimile:  305.437.8158
Email:  scosgrove@leoncosgrove.com
Email:  aschultz@leoncosgrove.com
Email:  jbyrne@leoncosgrove.com
Email:  jkahn@leoncosgrove.com


*/s/ Roger L. Mandel*
Roger L. Mandel, Esq.
 Texas Bar No. 12891750
JEEVES MANDEL LAW GROUP PC
12222 Merit Drive, Sutie 1200
Dallas, Texas 75251
Tel: (214) 253-8300
Fax: (727) 822-1499
Email: rmandel@jeeveslmanellawgroup.com
Email: khill@jeeveslawgroup.com

*Counsel for Zamber and the Class*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn will serve a copy by notice of electronic filing to all counsel of record.

Humberto H. Ocariz, Esq.
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel:  (305) 579-0590
Fax:  (305) 579-0717
Email: ocarizb@gtlaw.com
*Counsel for Defendant American Airlines, Inc.*

James E. Brandt, Esq.
Elizabeth (Betsy) Marks, Esq.
LATHAM & WATKINS, LLP
885 Third Avenue
New York, New York 10022-4834
Tel:  (212) 906-1200
Fax:  (212) 751-4864
Email: james.brandt@lw.com
Email: betsy.marks@lw.com
*Counsel for Defendant American Airlines, Inc.*

Dee J. Kelly, Jr., Esq.
Elizabeth A. Cuneo, Esq.
Lars L. Berg, Esq.
KELLY HART & HALLMAN
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel:  (817) 332-2500
Fax:  (817) 878-9280
Email:  Dee.kelly.2@khh.com
Email:  Elizabeth.cuneo@kellyhart.com
Email:  Lars.berg@kellyhart.com

*Counsel for Defendant American Airlines, Inc.*

Michael E. Bern, Esq.
Arielle B. Nagel, Esq.
LATHAM & WATKINS, LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Email:  Michael.bern@lw.com
Email:  Arielle.nagel@lw.com

*Counsel for Defendant American Airlines, Inc.*

      */s/ Alec H. Schultz*
        Alec H. Schultz

LEÓN COSGROVE, LLP
255 ALHAMBRA CIR. | SUITE 800 | CORAL GABLES, FL 33134 | T 305.740.1975 | WWW.LEONCOSGROVE.COM