FILED
October 28, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
## for the Fifth Circuit

---

No. 20-10677

---

A True Copy
Certified order issued Oct 28, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

KRISTIAN ZAMBER, *on behalf of* HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

*Petitioner—Appellant*,

versus

AMERICAN AIRLINES, INCORPORATED, A DELAWARE CORPORATION,

*Respondent—Appellee*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-114-O

---

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.

LYLE W. CAYCE, CLERK

United States Court of Appeals
for the Fifth Circuit
<u>/s/ Lyle W. Cayce</u>

ENTERED AT THE DIRECTION OF THE COURT